# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Constantina Harris *Plaintiff*
105 Ridge Rd SE
Washington DC 20019
vs.

Metro Transit *Defendants*
Police
600 5th St NW
Washington DC 20001

18 - 0004630

CIVIL ACTION No.

RECEIVED
CIVIL ACTIONS BRANCH
JUN 28 2018
Superior Court
of the District of Columbia
Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Constantina Harris
105 Ridge SE
Washington DC
202-727-8815

I would like to file paper in the court System because I need what happened to my son I been trying for 2 year I am Not giveing up.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, ss

Constantina Harris , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_____ (Plaintiff / Agent)

Subscribed and sworn to before me this ___June___ day of _____ 20 18.

DCTD
Exp 01-2023
6/28/18

_____ (Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

Constantina Harris
105 Ridge Road SE
Washington, DC 20019
November 29, 2017

XXX
XXXX
900 XXX Street
XXXX, MD XXXXX

Subject: Death of Sidney Washington Jr.

To Whom It May Concern:

My name is Constantina Harris, I am the mother to Sidney Washington Jr. On July 4th, 2016, my son, Sidney was taken from us, he was shot and killed at the Deanwood Metro station by a Metro Transit police officer. I know that I can not bring him back, but I can be the voice for my son, his young children, Jalil and Jayla Barksdale, his father, Sidney Washington Sr., his siblings, Sherell and Tyesha Whitaker, his grandfather, Eddie Harris, and the rest of his family and friends. I have talked to the US Attorney's Office and the Chief Medical Examiner Office, but to little or no avail, I am unable to obtain any documentation (i.e. video record, ~~autopsy report~~, police report, etc.) related to my son's death. I was simply told that the officer is justified for killing my son. How could they say this to anyone, let alone the mother of the deceased? It was justified? No sympathy whatsoever has been expressed, I have yet to be contacted by the police officer or Metropolitan Police Department, but I am saddened in that this is the only response that I was given, a mother who lost her only son and last child to be birthed from her womb. I have walked and talked to people in the neighborhood where my son was killed to find that what was explained to me did not occur, my son was of no threat to the police officer. I believe that information about the crime is being hidden. They sprayed him with pepper spray, after being shot several times, wouldn't allow him to be helped, never called for an ambulance, but thank God for the witness that did. My family and I need to know the truth so that we can close this chapter of our life and start the chapter of healing, by the grace of God we are going to receive it.

Thank you for your cooperation and time in this matter. I look forward to hearing from you soon. I, Constantina Harris, can be reached at 202-427-8815.

Sincerely,

Constantina Harris

District of Columbia: SS
Subscribed and Sworn to before me
this 27th day of June 2018

Notary Public, D.C.
My commission expires 02/29/2020

*[Notary seal: CAROLYN ACOSTA, NOTARY PUBLIC, Exp. - 02/29/20, DISTRICT OF COLUMBIA]*

I been trying to get someone to help me. I have been to several Law Firms to help me. But I can't find one to help me because they said he had a gun. I went in the neighborhood and talked to a lady and she said he did have the gun in his hand but when the police officer shot him in his leg and his arm the gun fell then the police officer then walked up to him and shot him once more in the chest and twice in his stomach. Then I went to Metro Transit and tried to get a police report they refused to give me one and told me to get a lawyer. But I don't have to money to afford one. But I was trying anyway and as his mother I deserve some closure.

*Constantina Adams*

District of Columbia: SS

Subscribed and Sworn to before me this 27th day of June

Notary Public, D.C.
My commission expires 02/29/2